IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. EP-25-CR-00965(1)-DCG** |
| | § | |
| **JOSE LUIS RODRIGUEZ** | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND APPOINT NEW COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Jose E. Troche, attorney of record in the above cause, and at the request of defendant **JOSE LUIS RODRIGUEZ** files this Motion to Withdraw as Attorney of Record and Appoint New Counsel in the above-styled and numbered cause, and for cause would show as follows:

**I**.

A conflict of interest has arisen. Defendant has expressed a dissatisfaction with our representation and has requested a different attorney represent him. This conflict threatens the ability of counsel to render effective representation in this case. Defendant's interest would be best served by having another attorney represent him in this case.

**II.**

The Defendant will not be adversely affected by the granting of this Motion. This Motion is not filed to delay these proceedings, but rather to ensure the Defendant receives effective assistance of counsel and a fair trial.

WHEREFORE PREMISES CONSIDERED, Movant prays this Motion to Withdraw as Attorney of Record be granted, and JOSE E. TROCHE be allowed to withdraw as attorney of record.

Respectfully Submitted,

**LAW OFFICE OF
JOSE E. TROCHE**
1216 Montana Ave.
El Paso, Texas 79902
(915) 838-8114
(915) 542-2341 Facsimile


By: ___/s/ *Jose E. Troche*___
      JOSE E. TROCHE
      State Bar No. 20232500


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically served on Assistant U.S. Attorney via electronic filing on this the 17TH day of September, 2025.

      /s/ *Jose E. Troche*
      Jose E. Troche