**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | § CASE NO. EP-25-CR-00965(1)-DCG |
| | § |
| **JOSE LUIS RODRIGUEZ** | § |

**O R D E R  ON  MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

The foregoing Motion having been presented to the Court and the Court having considered said motion, hereby finds that the Motion To Withdraw as Counsel is well taken and should be _____ GRANTED _____ DENIED.

IT IS THEREFORE ORDERED that Defendant's Motion To Withdraw is approved, and that Jose E. Troche is removed from responsibility in the case.

SIGNED on this the ____ day of _____, 2025.

_____
**Judge**